UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DINAH KAY OXENDINE, | ) |
| Plaintiff | ) |
| v. | ) **JUDGMENT** |
| | ) No. 7:25-CV-415-RN |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**
**This matter comes before the court on a stipulation regarding Attorney Fees under EAJA.**

**IT IS ORDERED, ADJUDGED AND DECREED**: Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment Filed and Entered on September 23, 2025 with service on:
Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

                                        PETER A. MOORE, JR., CLERK

                                        /s/ Carson Pendergrass
                                        (By): Carson Pendergrass, Deputy Clerk